NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
ARON KETCHEL (Cal. Bar No. 250345)
Assistant United States Attorney
Public Corruption and Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-1019
     Facsimile: (213) 894-7631
     E-mail:   aron.ketchel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| In the Matter of the Search of A forensic electronic image of an Apple SSD SD0256F hard drive obtained from an Apple laptop computer and a Cellebrite Extraction Report that was generated based upon data extracted from an Apple iPhone 10 | No. MJ 19-1832<br><br>ORDER ALLOWING EXTENSION OF TIME WITHIN WHICH TO RETAIN AND SEARCH DIGITAL DEVICES |
|---|---|

For good cause shown, IT IS HEREBY ORDERED that the government may retain and search, pursuant to the terms of the original warrant in this matter, for an additional 120 days (beyond the time period previously authorized), the following digital devices:

   a.  a forensic electronic image of an Apple SSD SD0256F hard drive obtained from an Apple laptop computer, which is identified utilizing Hash IDs 00364bfc5b0707e8dd0302eed45e7043 (md5) and 29d7961196649437763ddbc77316cce66bfbd6ec (sha1) (the "LAPTOP"); and

      b.   a Cellebrite Extraction Report that was generated based upon data extracted from an Apple iPhone 10 (IMEI : 353045093995411, Serial number: DNPVWAH6JCLJ) (the "IPHONE").

<pre>
August 26, 2019                     /s/ Maria A. Audero
DATE                                UNITED STATES MAGISTRATE JUDGE

Presented by:

     /s/
ARON KETCHEL
Assistant United States Attorney
</pre>

2